## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Tricia Fullerton, et al.

                     Plaintiff,

v.                                        Case No.: 1:18–cv–04152
                                               Honorable John Robert Blakey

Corelle Brands, LLC, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2020:

       MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/3/2020. Plaintiff's motion to voluntarily dismiss without prejudice [82] is granted in part as stated in open court, and the case is dismissed with prejudice as to named Plaintiff only. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.